Fill in this information to identify your case:

Debtor 1: George Tanios
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Internal Revenue Service GT** <br> Priority Creditor's Name <br> P.O. Box 145566 <br> Number  Street <br> Columbus   OH   45280-4527 <br> City   State   ZIP Code <br><br> Who incurred the debt? Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | Last 4 digits of account number 5385 <br> When was the debt incurred? _____ <br><br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Type of PRIORITY unsecured claim: <br> ☐ Domestic support obligations <br> ☑ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify | $74,231.09 | $0.00 | $74,231.09 |
| 2.2 | **IRS** <br> Priority Creditor's Name <br> P.O. Box 804527 <br> Number  Street <br> Columbus   OH   45280-4527 <br> City   State   ZIP Code <br><br> Who incurred the debt? Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | Last 4 digits of account number 2835 <br> When was the debt incurred? _____ <br><br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Type of PRIORITY unsecured claim: <br> ☐ Domestic support obligations <br> ☑ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify | $2,294.82 | $0.00 | $2,294.82 |

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

### 2.3 IRS

Priority Creditor's Name
P.O. Box 804527
Columbus, OH 45280-4527

Last 4 digits of account number: 7111
Total claim: $94,283.20
Priority amount: $0.00
Nonpriority amount: $94,283.20

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 2.4 Workforce WV Unemployment

Priority Creditor's Name
112 California Ave
Charleston, WV 5305

Last 4 digits of account number: ____
Total claim: $136.92
Priority amount: $0.00
Nonpriority amount: $136.92

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 2.5 WV Insurance Commission

Priority Creditor's Name
P.O. Box 40254
Charleston, WV 26364

Last 4 digits of account number: 5701
Total claim: $6,288.00
Priority amount: $0.00
Nonpriority amount: $6,288.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Part 1:** Your PRIORITY Unsecured Claims — Continuation Page

| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.6** WV Insurance Commission

Priority Creditor's Name
P.O. Box 40254
Number   Street

Charleston   WV   26364
City         State  ZIP Code

Last 4 digits of account number 5901

$1,620.00   $0.00   $1,620.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**2.7** WV Insurance Commission

Priority Creditor's Name
P.O. Box 40254
Number   Street

Charleston   WV   26364
City         State  ZIP Code

Last 4 digits of account number 0385

$586.80   $0.00   $586.80

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**2.8** WV State Tax Department

Priority Creditor's Name
P.O. Box 229
Number   Street

Charleston   WV   25321-0229
City         State  ZIP Code

Last 4 digits of account number 1554

$14,961.92   $0.00   $14,961.92

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

### Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.9** WV State Tax Department

Priority Creditor's Name
P.O. Box 229
Number   Street

Charleston   WV   25321-0229
City   State   ZIP Code

Last 4 digits of account number 2732

Total claim: $102,698.3
Priority amount: $0.00
Nonpriority amount: $102,698.3

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.10** WV State Tax Department

Priority Creditor's Name
P.O. Box 229
Number   Street

Charleston   WV   25321-0229
City   State   ZIP Code

Last 4 digits of account number 2730

Total claim: $7,053.09
Priority amount: $0.00
Nonpriority amount: $7,053.09

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.11** WV State Tax Department - Clarksburg

Priority Creditor's Name
153 W. Main Street
Number   Street

Clarksburg   WV   26301
City   State   ZIP Code

Last 4 digits of account number 7224

Total claim: $21,446.72
Priority amount: $0.00
Nonpriority amount: $21,446.72

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Part 1:** Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.12** WV State Tax Department - Clarksburg

Last 4 digits of account number  7946    $78,096.24    $0.00    $78,096.24

Priority Creditor's Name
153 W. Main Street
Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

Clarksburg      WV    26301
City            State  ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

Who incurred the debt? Check one.

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**2.13** WV State Tax Department - Clarksburg

Last 4 digits of account number  8281    $1,149.66    $0.00    $1,149.66

Priority Creditor's Name
153 W. Main Street
Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

Clarksburg      WV    26301
City            State  ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

Who incurred the debt? Check one.

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____    $_____    $_____    $_____

Priority Creditor's Name
Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

City            State  ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

Who incurred the debt? Check one.

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**  
Nonpriority Creditor's Name: Alltran Financial  
P.O. Box 722929  
Houston, TX 77272  
Last 4 digits of account number: 4009  
Total claim: $656.21  
When was the debt incurred? ___  
Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  
Is the claim subject to offset?  
☑ No  
☐ Yes  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify ___

**4.2**  
Nonpriority Creditor's Name: Bank of America  
P.O. Box 982234  
El Paso, TX 79998  
Last 4 digits of account number: 0917  
Total claim: $5,038.66  
When was the debt incurred? ___  
Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  
Is the claim subject to offset?  
☑ No  
☐ Yes  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify ___

**4.3**  
Nonpriority Creditor's Name: Brewer & Giggenbach, PLLC  
P.O. Box 4206  
Morgantown, WV 26505  
Last 4 digits of account number: 1101  
Total claim: $12,937.49  
When was the debt incurred? ___  
Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  
Is the claim subject to offset?  
☑ No  
☐ Yes  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify ___

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - [x] Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   | | Total claim |
|---|---|---|
| **4.4** | **Can Capital** — Nonpriority Creditor's Name<br>2015 Vaughn Road, NW<br>Kennesaw, GA 30144<br>Who incurred the debt? Check one.<br>[x] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[x] No<br>[ ] Yes | Last 4 digits of account number **8743**<br>When was the debt incurred? _____<br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[x] Other. Specify **Credit Card Debt** | $70,082.95 |
| **4.5** | **Citi Bank - Best Buy** — Nonpriority Creditor's Name<br>P.O. Box 390905<br>Minneapolis, MN 55439<br>Who incurred the debt? Check one.<br>[x] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[x] No<br>[ ] Yes | Last 4 digits of account number **5549**<br>When was the debt incurred? _____<br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[x] Other. Specify | $5,757.37 |
| **4.6** | **Citi Card** — Nonpriority Creditor's Name<br>P.O. Box 70166<br>Philadelphia, PA 19176<br>Who incurred the debt? Check one.<br>[x] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[x] No<br>[ ] Yes | Last 4 digits of account number **2273**<br>When was the debt incurred? _____<br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[x] Other. Specify | $2,150.25 |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - [✓] Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   | Total claim |
|---|---|---|
| **4.7** | **Discover** — Nonpriority Creditor's Name<br>Po Box 71084 — Number Street<br>Charlotte, NC 28272<br><br>Who incurred the debt? Check one.<br>[✓] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[✓] No<br>[ ] Yes | Last 4 digits of account number **0326**<br>When was the debt incurred?<br><br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>Type of NONPRIORITY unsecured claim:<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify | $6,648.08 |
| **4.8** | **Lowes/Synchrony Bank** — Nonpriority Creditor's Name<br>PO Box 530914 — Number Street<br>Atlanta, GA 30353-0914<br><br>Who incurred the debt? Check one.<br>[✓] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[✓] No<br>[ ] Yes | Last 4 digits of account number **9852**<br>When was the debt incurred?<br><br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>Type of NONPRIORITY unsecured claim:<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify **Credit Card Debt** | $3,254.23 |
| **4.9** | **MR5 - Mon Power** — Nonpriority Creditor's Name<br>1930 Olney Ave — Number Street<br>Cherry Hill, NJ 08003<br><br>Who incurred the debt? Check one.<br>[✓] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] Check if this claim is for a community debt<br>Is the claim subject to offset?<br>[✓] No<br>[ ] Yes | Last 4 digits of account number **4223**<br>When was the debt incurred?<br><br>As of the date you file, the claim is: Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br>Type of NONPRIORITY unsecured claim:<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify **Utility Services** | $1,420.07 |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.10** Penn Credit - Mon Power
Nonpriority Creditor's Name
P.O. Box 988
Number   Street
Harrisburg   PA   17108
City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 0080
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 114.81

**4.11** Sam's Club
Nonpriority Creditor's Name
P.O. Box 530942
Number   Street
Atlanta   GA   30353-0942
City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 5001
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 2,221.86

**4.12** Transworld Systems Inc
Nonpriority Creditor's Name

Number   Street

City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 1922
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Utility Services

$ 253.55

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Name:** ERC | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| P.O. Box 23241 | Line **4.8** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Jacksonville, FL 32241 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | **Last 4 digits of account number** 9852 |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 404,260.05 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 586.80 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 404,846.85 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 110,535.53 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 110,535.53 |