# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–1 | User: admin | Date Created: 09/29/2020 |
| Case: 1:20–bk–00422 | Form ID: 318 | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
1620818     Transworld Systems, Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion04.ct.ecf@usdoj.gov
tr      Thomas Fluharty           wv12@ecfcbis.com
aty     John Alexander Scott      jaslaw.bankruptcy@gmail.com
aty     Michael R. Proctor        mproctor@bowlesrice.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        George Tanios        120 Putnam Street        Morgantown, WV 26301
cr        PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
cr        Premier Bank, Inc.        c/o Bowles Rice LLP        1800 Main Street, Suite 200        Canonsburg, PA 15317
cr        American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern, PA 19355–0701
1620803   Alltran Financial        PO Box 722929        Houston TX 77272
1621442   American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
1620804   Bank of America        PO Box 982234        El Paso TX 79998
1620805   Brewer & Giggenbach, PLLC        PO Box 4206        Morgantown WV 26505
1620806   Can Capital        2015 Vaughn Road NW        Kennesaw GA 30144
1620807   CitiBank – BestBuy        PO Box 380905        Minneapolis MN 55439
1620808   CitiCard        PO Box 70166        Philadelphia PA 19176
1620809   Discover        PO Box 71084        Charlotte NC 28272
1620810   ERC        PO Box 23241        Jacksonville FL 32241
1620812   IRS        PO Box 804527        Columbus OH 45280–4527
1620811   Internal Revenue Service        PO Box 145566        Columbus OH 45280–4527
1620813   Lowes/Synchrony Bank        PO Boix 530914        Atlanta GA 30353–0914
1620815   MR5– Mon Power        1930 Olney Ave        Cherry Hill NJ 08003
1620814   Mon Power        105 River Vista Drive        PO Box 300        Buffalo WV 25033
1619213   PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
1620816   Penn Credit – Mon Power        PO Box 988        Harrisburg PA 17108
1620817   Sam's Club        PO Box 530942        Atlanta GA 30353–0942
1620820   WV Insurance Commission        PO Box 40254        Charleston WV 26364
1620821   WV State Tax Department – Clarksburg        153 W. Main Street        Clarksburg WV 26301
1619817   West Virginia State Tax Department        Bankruptcy Unit        P.O. Box 766        Charleston WV 25323–0766
1620819   Workforce WV Unemployment        112 California Avenue        Charleston WV 25305

TOTAL: 25